SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Jeanette Albro

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JEANETTE ALBRO**,**<br><br>                    Plaintiff,<br><br>     v.<br><br> BANK OF AMERICA, N.A.; et. al.,<br><br><br><br>                    Defendants. | Case No.: 2:18-cv-00866-KJM-KJN<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT.BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Jeanette Albro and defendant Bank of America, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal within 21 days once the settlement is finalized.

Dated:   May 1, 2018

                                                            **Sagaria Law, P.C.**
                                                            /s/ *Elliot Gale*
                                                            Elliot Gale
                                                            Attorneys for Plaintiff